UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PLAYNATION PLAY SYSTEMS, INC. d/b/a GORILLA PLAYSETS,<br><br>    Plaintiff,<br><br>v.<br><br>VELEX CORPORATION d/b/a GORILLA GYM,<br><br>    Defendant. | Civil Action File No.<br><br>1:14-cv-01046-RWS |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

1.  **Description of Case:**

    (a)   Describe briefly the nature of this action.

Plaintiff PlayNation Play Systems, Inc. d/b/a Gorilla Playsets ("PlayNation") alleges violations by defendant Velex Corporation d/b/a Gorilla Gym ("Velex") of federal and state common law governing trademark infringement; federal law governing false designation of origin and unfair competition; and Georgia statutory and common law governing unfair competition and deceptive trade practices, all arising from Velex's adoption and use of "GORILLA GYM" to promote the sale of its children's playground equipment, which PlayNation contends infringes

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

*The discovery period shall end December 17, 2014*

IT IS SO ORDERED this 24th day of July, 2014.

Richard W. Story
United States District Judge

14