# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PLAYNATION PLAY SYSTEMS, INC. d/b/a GORILLA PLAYSETS,<br><br>    Plaintiff,<br><br>    v.<br><br>VELEX CORPORATION d/b/a GORILLA GYM,<br><br>    Defendant. | Civil Action File No.<br><br>1:14-cv-01046-RWS |

## DEFENDANT VELEX' NOTICE OF COMPLIANCE WITH DISCOVERY AND REPORT TO COURT REGARDING PENDING MOTION FOR EXTENSION OF TIME

Now comes the Defendant Velex and hereby advises the Court that it has today submitted its Answers to Interrogatories -- without objection (save the inherent reservation regarding non-waiver of attorney-client privilege) -- and has done so in addition to the Responses to Plaintiff's Requests to Produce previously served on August 25, 2014. [See Exhibit A hereof, comprising (redacted) interrogatory answers].

1

The relevant documents are now in the course of being gathered and should be available shortly.

Respectfully submitted this 29th day of August, 2014,

Respectfully submitted,

/s/ **Robert M. Ward**
*Robert M. Ward*
(Georgia Bar No. 775401)
3455 Peachtree Road NE, Floor 5
Atlanta, GA 30326
Telephone: (404) 606-6480
Facsimile: (203) 220-8497
rward@dilworthip.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Court's CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ RM Ward

*Attorney for Defendant*