**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PLAYNATION PLAY SYSTEMS, INC., d/b/a GORILLA PLAYSETS : : : : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 1:14-CV-1046-RWS |
| v. : | |
| : | |
| VELEX CORPORATION, d/b/a GORILLA GYM : : : | |
| Defendant. : | |

## ORDER

This case is before the Court for consideration of Defendant's First Motion for Extension of Time to Respond to Discovery [26]. After being fully briefed by the parties, the Motion has been submitted to the Court by the Clerk.

It is clear from the submissions that Defendant's counsel failed to follow the requirements of Section 5 of the Court's Standing Order regarding civil litigation [10]. Compliance with the Order should have avoided the necessity of the filing of a motion and certainly could have precluded the necessity of full briefing. The Standing Order "is issued to promote the just and efficient

AO 72A
(Rev.8/82)

determination of the case." (Id. at 1). Failure to comply with the Order results in inefficiencies and potentially injustice.

Due to the failure of Defendant to comply with the Standing Order, the Motion [26] is **DENIED**, **WITHOUT PREJUDICE**. Counsel is directed to comply with the requirements of the Standing Order regarding discovery disputes. If after full compliance with the Standing Order, a motion is warranted, he may file it.

**SO ORDERED**, this  8th  day of September, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)