Case 1:14-cv-01046-RWS   Document 36-5   Filed 01/16/15   Page 1 of 19

# Exhibit 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PlayNation Play Systems, Inc. d/b/a GORILLA PLAYSETS, <br><br> Plaintiff, <br><br> v. <br><br> Velex Corporation d/b/a GORILLA GYM, <br><br> Defendant. | Civil Action File <br> No. 1:14-CV-01046-RWS |

# Declaration of Jeff Robertson

Jeff Robertson declares as follows:

1. My name is Jeff Robertson. I am over 18 years of age, competent to testify to the matters contained in this declaration, and make this declaration based upon my personal knowledge in support of PlayNation Play Systems, Inc.'s Motion for Partial Summary Judgment.

2. I am the founder and president of PlayNation Play Systems, Inc.

3. Incorporated in 1995, PlayNation has grown over the years to be one of the world's leading manufacturers of children's playground equipment.

4. PlayNation's corporate headquarters and manufacturing facility is

located in Canton, Georgia. The company also has "factory-showroom" stores located in metro Atlanta—one in Alpharetta and the other in Marietta (down the road from The Big Chicken).

5. PlayNation manufactures and sells its products under the PLAYNATION®, GORILLA PLAYSETS®, PLAN-IT PLAY®, PLANET PLAYGROUNDS®, and SWINGWORKS® brands.

6. PlayNation's original brand was PLAYNATION. In 2003, PlayNation developed the GORILLA PLAYSETS brand to give consumers more choices in children's playset equipment. While PLAYNATION playsets often required professional installation, GORILLA PLAYSETS was designed so that it could be flat-packed, shipped directly to consumers or picked up from a store, and installed by the end-user (or, at least, the end-user's parents).

7. PlayNation's products generally—and its GORILLA PLAYSETS products in particular—are known for their safety, durability, beauty, and value.

8. PlayNation has continuously and extensively used the GORILLA PLAYSETS mark in commerce since at least 2002 to uniquely identify children's playground equipment and related accessories.

9. PlayNation has more than 130 authorized retailers selling its GORILLA

PLAYSETS products throughout the United States.

10. PlayNation also owns the domain name gorillaplaysets.com, which PlayNation registered on January 9, 2001. Since at least 2002, PlayNation has continuously used the domain name to identify and promote its GORILLA PLAYSETS brand children's playground equipment.

11. PlayNation sells its GORILLA PLAYSETS products in many ways, including:

   a. through direct sales to the public on the Internet via gorillaplaysets.com;

   b. through "big-box" retailers like Walmart, Home Depot, Toys R Us, and Costco and their respective websites;

   c. through middle-market retailers and their respective websites;

   d. through smaller "mom-and-pop" stores and Internet-only businesses; and

   e. through direct sales to the public through PlayNation's factory-showroom stores.

12. Since 2002, when PlayNation adopted and first used the GORILLA PLAYSETS mark in commerce, PlayNation has prominently used and

promoted the mark through extensive nationwide and local advertising, marketing, and sales of playground equipment and related accessories.

13. PlayNation's advertising, marketing, and promotional efforts have included:
    a. Internet advertising;
    b. email campaigns;
    c. direct mail;
    d. trade shows;
    e. point-of-sale materials; and
    f. direct sales pitches.

14. PlayNation has invested and continues to invest substantial time, resources, and efforts in advertising, marketing, and promoting its GORILLA PLAYSETS brand and in developing substantial goodwill in the brand.

15. PlayNation's advertising and marketing efforts supporting its GORILLA PLAYSETS brand are widely circulated throughout the United States. For example, PlayNation regularly advertises it GORILLA PLAYSETS products in Costco's monthly advertising vehicles (magazine, coupon mailers, and e-mail blasts) that have a combined monthly circulation of

more than 30 million throughout the United States.

16. Since 2002, PlayNation has spent over $2 million advertising and promoting its GORILLA PLAYSETS products and has generated almost $100 million in revenue from the sale of those products during that time.

17. As a result of our efforts in advertising and promoting our GORILLA PLAYSETS brand, and as a result of retailers that sell our products promoting the GORILLA PLAYSETS brand, there is widespread public recognition of the GORILLA PLAYSETS brand as a source of playground equipment.

18. The GORILLA PLAYSETS brand is a highly significant indicator of our playground equipment.

19. The GORILLA PLAYSETS marks are an invaluable asset, serving as a symbol of the quality goods offered by PlayNation and of PlayNation's goodwill in the GORILLA PLAYSETS brand.

20. On March 11, 2014, PlayNation learned that someone using the name GORILLA GYM was manufacturing and selling what they called "indoor playground" equipment. Andrew Sindersine, PlayNation's sales director, found GORILLA GYM products on the Internet while doing searches for our GORILLA PLAYSETS products.

21. PlayNation considers Velex Corporation's GORILLA GYM products to be competing products to our GORILLA PLAYSETS products. In this regard, I note that the GORILLA GYM homepage, www.gorilla-gym.com, states that "Gorilla Gym brings the fun of the outdoors inside." When sold as a set, GORILLA PLAYSETS products are intended to be used outdoors while the GORILLA GYM products are meant to be used indoors. However, the belt swings, toddler swings, and trapeze bars and rings are also sold individually by each company, and Velex's swings, bars, and rings can attach to our GORILLA PLAYSETS playsets without any modification or alteration whatsoever.

22. We believe the GORILLA GYM mark is likely to be confused by consumers with the GORILLA PLAYSETS mark. Velex's use of the mark GORILLA GYM damages the goodwill and reputation of PlayNation and its GORILLA PLAYSETS marks since we have no control over the nature and quality of the GORILLA GYM mark and products.

23. I obtained and inspected GORILLA GYM products. PlayNation employs design engineers that have many years of combined experience in designing safe, innovative, and sturdy playset products. I had PlayNation's design engineers inspect GORILLA GYM's products. When

used attached to door frames as intended, we do not consider GORILLA GYM's products to be safe for use by children.

24. Because the GORILLA GYM mark is likely to be confused by consumers with GORILLA PLAYSETS, if someone were to be injured using a GORILLA GYM product, any negative publicity that arises from that will irreparably tarnish PlayNation's GORILLA PLAYSET brand and will be impossible to quantify.

25. Whether or not someone is actually injured using a GORILLA GYM product, the positive associations, substantial value, and goodwill PlayNation has developed through years of hard work and the expenditure of substantial resources in the GORILLA PLAYSETS brand will be eroded as a result of infringement and will be extremely difficult to repair, if it can be repaired at all, and will be impossible to quantify. Moreover, PlayNation may never recover any—let alone adequate—monetary damages from Velex given that Velex contends it has yet to make a profit.

26. Attached as Exhibits A, B, and C are photographs of PlayNation's GORILLA PLAYSETS toddler swing and Velex's GORILLA GYM toddler swing taken on December 17, 2014. The GORILLA PLAYSETS swing is

on the left and the GORILLA GYM swing is on the right in each photograph. Both swings are hanging from a GORILLA PLAYSETS playset. Without any modifications whatsoever, The GORILLA GYM swing attached to the GORILLA PLAYSETS playset with a standard carabiner, just like the GORILLA PLAYSETS swing attaches to the GORILLA PLAYSETS playset. I was present when these photographs were taken, and they are true and accurate depictions of the swings as they appeared at that time.

27. Attached as Exhibit D is a photograph of PlayNation's GORILLA PLAYSETS belt swing and Velex's GORILLA GYM belt swing taken on January 8, 2015. The GORILLA PLAYSETS swing is on the right and the GORILLA GYM swing is on the left. I was present when this photograph was taken, and it is a true and accurate depiction of the swings as they appeared at that time.

28. Attached as Exhibit E is a photograph of PlayNation's GORILLA PLAYSETS belt swing and Velex's GORILLA GYM belt swing taken on January 8, 2015. The GORILLA PLAYSETS swing is on the right and the GORILLA GYM swing is on left. Both swings are hanging from a GORILLA PLAYSETS playset. Without any modifications whatsoever,

the GORILLA GYM swing attached to the GORILLA PLAYSETS playset with a standard carabiner, just like the GORILLA PLAYSETS does. I was present when this photograph was taken, and it is a true and accurate depiction of the swings as they appeared at that time.

29. Attached as Exhibit F is a photograph of PlayNation's GORILLA PLAYSETS trapeze bar and Velex's GORILLA GYM trapeze bar taken on January 8, 2015. The GORILLA PLAYSETS trapeze bar is on the left and the GORILLA GYM trapeze bar is on the right. I was present when this photograph was taken, and it is a true and accurate depiction of the trapeze bars as they appeared at that time.

30. Attached as Exhibit G is a photograph of PlayNation's GORILLA PLAYSETS trapeze bar and Velex's GORILLA GYM rings taken on January 8, 2015. The GORILLA PLAYSETS trapeze bar is on the left and the GORILLA GYM rings are on the right. I was present when this photograph was taken, and it is a true and accurate depiction of the trapeze bar and rings as they appeared at that time.

31. Attached as Exhibit H is a photograph that shows the swing beam of a GORILLA PLAYSETS playset with a GORILLA PLAYSETS toddler swing, a GORILLA GYM toddler swing, and a GORILLA PLAYSETS belt

swing attached to it with standard carabiners. The two swing hangers in the center have the GORILLA GYM toddler swing hanging from them. The swing hanger on the left has a GORILLA PLAYSETS toddler swing hanging from it, and the swing hanger on the right has a GORILLA PLAYSETS belt swing hanging from it. I was present when this photograph was taken, and it is a true and accurate depiction of the swings as they appeared at that time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2015.

_____
Jeff Robertson



# Exhibit A



Exhibit B



# Exhibit C



Exhibit D

# Exhibit E





Exhibit F



# Exhibit G



# Exhibit H