Exhibit 5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PlayNation Play Systems, Inc. d/b/a
GORILLA PLAYSETS,

     Plaintiff,

v.

Velex Corporation d/b/a GORILLA
GYM,

     Defendant.

Civil Action File
No. 1:14-CV-01046-RWS

## Declaration of Niall Cronnolly

Niall Cronnolly declares as follows:

1. My name Niall Cronnolly. I am over 18 years of age, competent to testify to the matters contained in this declaration, and make this declaration based upon my personal knowledge in support of PlayNation Play Systems, Inc.'s Motion for Partial Summary Judgment.

2. I am the president of Eagle Investigative Services, Inc., a private investigative services company.

3. Attached as Exhibit A is a picture of the homepage for gorilla-gym.com as displayed in my web browser on March 13, 2014. I typed the URL or web

address gorilla-gym.com into my web browser and was automatically redirected to gorilla-gym.com/indoor-playground-offer/. I took this picture, and it is a true and accurate depiction of the webpage as it appeared at that time in my web browser.

4. Attached as Exhibit B is a picture of the gorilla-gym.com website showing a pop-up video window after I clicked on a link on the website on March 13, 2014. The frame of this video shows the GORILLA GYM unit attached to an exterior doorway of a house. A child is holding or playing with the GORILLA GYM unit while a man faces the video camera. I took this picture of the webpage, and it is a true and accurate depiction of the webpage as it appeared at that time in my web browser.

5. Attached as Exhibit C is a picture of the gorilla-gym.com website showing a pop-up video window after I clicked on a link on the website on March 13, 2014. The frame of this video shows the GORILLA GYM unit attached to an exterior doorway of a house. A child is swinging on the GORILLA GYM unit while a woman faces the video camera. I took this picture of the webpage, and it is a true and accurate depiction of the webpage as it appeared at that time in my web browser.

6.   Attached as Exhibit D is a picture of search results from Amazon.com taken on June 16, 2014. On that date, I went to Amazon.com's website and searched using the terms "gorilla" and "playground." That gave me a page of results showing both GORILLA PLAYSETS and GORILLA GYM products on the same page. The picture attached as Exhibit D is a picture of that page displaying those search results. I took this picture of the webpage, and it is a true and accurate depiction of the webpage as it appeared at that time in my web browser.

7.   Attached as Exhibit E is a picture of search results from the DuckDuckGo search engine (www.duckduckgo.com) taken on June 16, 2014. On that date, I went to DuckDuckGo's website and searched using the terms "gorilla" and "playground." The resulting page had a link named "products" toward the top of the page. That link could be used to display products for sale that DuckDuckGo associated with the terms that had been searched for. The products displayed as a result of my search included both GORILLA PLAYSETS and GORILLA GYM products on the same page. The picture attached as Exhibit E is a picture of that page displaying those search results. I took this picture of the

webpage, and it is a true and accurate depiction of the webpage as it appeared at that time in my web browser.

8.  Attached as Exhibit F is a picture of the homepage for gorilla-gym.com as displayed in my web browser on January 16, 2015. When I captured the image of the homepage for gorilla-gym.com on March 13, 2014, the header of the webpage said "GORILLA GYM Indoor Playground" with the slogan "Swing, Climb, Play All Day!" On January 16, 2015, "Indoor Playground" had been deleted from the header and "Fitness For All Ages." had been added. I took this picture, and it is a true and accurate depiction of the webpage as it appeared at that time in my web browser.

9.  Attached as Exhibit G is a picture of the website http://www.gorillaplaysets.com/Playset-Swing-Belt-p/04-0002.htm as displayed in my web browser on January 16, 2015. The website shows the GORILLA PLAYSET Deluxe Swing Belt selling for $29.50. I took this picture, and it is a true and accurate depiction of the website as it appeared at that time in my web browser.

10. Attached as Exhibit H is a picture of the webpage https://gorilla-gym.com/product/indoor-swing/ as displayed in my web browser on January 16, 2015. The website shows the GORILLA GYM

Indoor Swing selling for $29.95. I took this picture, and it is a true and accurate depiction of the website as it appeared at that time in my web browser.

11. Attached as Exhibit I is a picture of the homepage for gorilla-gym.com as displayed in my web browser on January 16, 2015. After going to the homepage, I scrolled down to the bottom of the page, where a paragraph entitled "About Gorilla Gym" is located and which begins with this sentence: "Gorilla Gym brings the fun of the outdoors inside." I took this picture, and it is a true and accurate depiction of the webpage as it appeared at that time in my web browser.

12. Attached as Exhibit J is a printout of a webpage from eBay.com. On November 13, 2014, I went to eBay.com and searched using the terms "gorilla," "toddler," and "swing." The products displayed as a result of my search included both GORILLA PLAYSETS and GORILLA GYM products on the same page, and I printed the search results. The eight-page document attached as Exhibit J is the printed search results.

[The remainder of this page is intentionally left blank.]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2015.

Niall Cronnolly



# Exhibit A



Exhibit B



Exhibit C



# Exhibit D



Exhibit E



Exhibit F



Exhibit G



# Exhibit H



Exhibit I



# Exhibit J





Free shipping



Green Toddlers Full Bucket Swing Seat [ID 6200]
**$75.09**
Buy It Now
Free shipping



Toddler Half bucket Swing playset fun kids baby outside chains seat back coated
**$84.99**
or Best Offer
Free shipping



50 lbs Toddler Half-bucket swing Seat Green, Plastisol-coated chains
**$81.99**
Buy It Now
Free shipping

NEW Playsets Full Bucket Blue Toddler Swing Outdoor Free Shipping
**$80.21**
or Best Offer
Free shipping

FAST 'N FREE
Get it on or before **Wed, Nov. 19**



Gorilla Gym Children's Indoor Swing: hangs from your doorway!
**$89.95**
Buy It Now

23 watching



Gorilla Playsets Full Bucket Swing Green
**$88.19**
Buy It Now
Free shipping





Playground Wood Swingset Cedar...
**$398.99**
Buy It Now
Free shipping



New Step 2 Toddler Baby Swing Blue Ki...
**$38.99**
Buy It Now
Free shipping



Flexible Flyer Metal Swing Set Outdoor...
**$154.95**
Buy It Now
Free shipping

New Playground Wood SwingSet-Fun Outdo...
**$587.97**
Buy It Now
Free shipping







Gorilla Playsets Caribou Swing Set
Free Ground shipping for a limited time
**$1,425.99**
Buy It Now
**Free shipping**
Free shipping on orders over $50
overstock.com

OUTDOOR GORILLA THREE POSITION FREE STANDING SWING STATION - AMBER CEDAR - DVGP
**$649.00**
Buy It Now
**Free shipping**

Gorilla Playsets Disc Swing
**$31.95**
Buy It Now
**Free shipping**
FAST 'N FREE
Get it on or before **Wed, Nov. 19**

50 lbs Toddler Half-bucket swing Seat Yellow, Plastisol-coated chain
**$86.99**
Buy It Now
**Free shipping**

OUTDOOR GORILLA SWING SET MOUNTAINEER with WOOD ROOF - AMBER CEDAR - DVGP
**$2,199.00**
Buy It Now
**Free shipping**
12 watching

Gorilla Playsets Wallaby Swing Set
**$1,367.95**
Buy It Now
**Free shipping**
FAST 'N FREE
Get it on or before **Wed, Nov. 19**

Gorilla Playsets Sun Climber I Swing Set

12 items

TuTu's
By: mrsdanielleford7...

8 items

Items for the b...
By: amberg09

15 items

coryn
By: hotrod1936"

21 items

sussie
By: 2014-gbort



$1,913.94
List price: $2,099.99
Buy It Now
Free shipping

Save up to 40%

Authorized
Retailer

NEW Gorilla Playsets Green Glider Swing

$100.97
Buy It Now
Free shipping

FAST 'N FREE
Get it on or before **Wed, Nov. 19**

OUTDOOR GORILLA FREE STANDING TIRE
SWING - AMBER PINE - DVGP

$599.00
Buy It Now
Free shipping

OUTDOOR GORILLA SWING SET CHATEAU II with
SUPREME WG FABRIC - AMBER CEDAR - DVGP

$1,599.00
Buy It Now
Free shipping

NEW LISTING  Gorilla Playsets Ovation Swing Set

$1,912.95
Buy It Now
Free shipping

FAST 'N FREE
Get it on or before **Wed, Nov. 19**

Gorilla Playsets Green Tandem Swing

$101.23
Buy It Now
Free shipping

FAST 'N FREE
Get it on or before **Tue, Nov. 18**

OUTDOOR GORILLA PLAYSET TREASURE TROVE
- AMBER CEDAR WOOD ROOF SWING SET DVGP

$3,499.00
Buy It Now
Free shipping

Gorilla Playsets Persicope Swing Accessory

$22.88
List price: $23.21
Buy It Now

Save up to 40%

Authorized
Retailer

See more collections



Gorilla Playsets Sun Valley I Swing Set
**$1,799.00**
Buy It Now
Free shipping
Free shipping on orders over $49
Authorized Retailer

OUTDOOR GORILLA SWING SET MOUNTAINEER w SUPREME CG FABRIC - AMBER CEDAR - DVGP
**$2,099.00**
Buy It Now
Free shipping

Gorilla Playsets Full Bucket Swing
**$82.95**
Buy It Now
Free shipping
FAST 'N FREE
Get it on or before Wed, Nov. 19

NEW Gorilla Playsets Full Bucket Swing in Blue 04-6322
**$88.61**
Buy It Now
Free shipping
FAST 'N FREE
Get it on or before Tue, Nov. 18

OUTDOOR GORILLA SWING SET FRONTIER with WOOD ROOF - AMBER CEDAR - DVGP
**$1,999.00**
Buy It Now
Free shipping

Gorilla Playsets Sun Palace I Swing Set
**$2,735.95**
Buy It Now
Free shipping
FAST 'N FREE
Get it on or before Wed, Nov. 19

Gorilla Playsets Sun Valley II Swing Set
Free Ground shipping for a limited time
**$1,948.00**
Buy It Now
Free shipping on orders over $50



OUTDOOR GORILLA SWING SET FRONTIER w.
SUPREME CG FABRIC - AMBER CEDAR - DVGP

**$1,899.00**
Buy It Now
Free shipping



**Sponsored Links**



1. **Gorilla** Playsets Disc Swing
**Gorilla Toddler Swing** Discover More Options & Savings!
porchswings.hayneedle.com

2. Kmart® **Gorilla** Playsets
Shop for Playsets From Top Brands Like **Gorilla** Playsets at
Kmart.com!
www.kmart.com/Toys

3. Fisher-Price®
Find Fisher-Price® Baby **Swings** & More Products Online Now!
www.fisher-price.com

4. **Gorilla** Playsets **Swing**
Free Shipping On All Orders! Shop **Gorilla** Playsets **Swing** at
Target®.
www.target.com

Non-stop overachiever
High performance NAS purpose-built for home
and small business.
1-8 Bay NAS HDD
Learn more
Seagate

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time

Preview new features    Contact us    Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

Case 1:14-cv-01046-RWS   Document 36-7   Filed 01/16/15   Page 24 of 24

*Learn about pricing

This page was last updated:  Nov-13 13:47. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.