# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PlayNation Play Systems, Inc. d/b/a GORILLA PLAYSETS, | |
| Plaintiff, | Civil Action File No. |
| v. | 1:14-CV-01046-RWS |
| Velex Corporation d/b/a GORILLA GYM, | |
| Defendant. | |

### DECLARATION OF JOHN M. BOWLER, ESQ. IN SUPPORT OF PLAINTIFF PLAY SYTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

JOHN M. BOWLER declares as follows:

1.     I am a member of the law firm of Troutman Sanders LLP and an attorney of record representing plaintiff PlayNation Play Systems, Inc. ("PlayNation").  I make this Declaration based on personal knowledge and in support of the filing of the accompanying PlayNation's Motion for Partial Summary Judgment and Brief in Support.

2.     Attached hereto as **Exhibit  1** is a true and accurate record of the certificate of registration of PlayNation's GORILLA PLAYSETS (words) U.S. Trademark Registration No. 2,834,525 that I obtained from the U.S. Patent and Trademark Office's (USPTO) Trademark Status and Document Retrieval (TSDR) System.

3.      Attached hereto as **Exhibit 2** is a true and accurate record of PlayNation's Combined Declaration of Use and Incontestability Under Section 8 and 15 and the Notice of Acceptance and Acknowledgment for the GORILLA PLAYSETS (words) U.S. Trademark Registration No. 2,834,525 that  I obtained from the USPTO's TSDR System.

4.      Attached hereto as **Exhibit 3** is a true and accurate record of the certificate of registration of PlayNation's GORILLA PLAYSETS (design plus words) U.S. Trademark Registration No. 2,862,694 that I obtained from the USPTO's TSDR System.

5.      Attached hereto as **Exhibit 4** is a true and accurate record of PlayNation's Combined Declaration of Use and Incontestability Under Section 8 and 15 and the Notice of Acceptance and Acknowledgment for the GORILLA PLAYSETS (design plus words) U.S. Trademark Registration No. 2,862,694 that I obtained from the USPTO's TSDR System.

6.      Attached hereto as **Exhibit 5** is a true and accurate record of the certificate of registration of PlayNation's GORILLA PLAYSETS (design plus words) U.S. Trademark Registration No. 4,596,310 that I obtained from the USPTO's TSDR System.

7.      Attached hereto as **Exhibit 6** is a true and accurate record of PlayNation's www.gorillaplaysets.com domain name registration that I obtained from the BetterWhois online Whois Lookup system.

8.      Attached hereto as **Exhibit 7** is a true and accurate record of Velex Corporation's ("Velex") incorporation that I obtained from the Massachusetts Secretary of State business division web site.

9.      Attached hereto as **<u>Exhibit 8</u>** is a true and accurate record of the certificate of registration of Velex's GORILLA GYM (words) U.S. Trademark Registration No. 4,463,558 that I obtained from the USPTO's TSDR System.


10.      Attached hereto as **<u>Exhibit 9</u>** is a true and accurate record of Velex's www.gorilla-gym.com domain name registration that I obtained from GoDaddy's online Whois Lookup system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 16, 2015 in Atlanta, Georgia.

_____ /s/  John M. Bowler _____
John M. Bowler

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PlayNation Play Systems, Inc. d/b/a GORILLA PLAYSETS, | |
| Plaintiff, | Civil Action File No. |
| v. | 1:14-CV-01046-RWS |
| Velex Corporation d/b/a GORILLA GYM, | |
| Defendant. | |

**Certificate of Service**

I hereby certify that on January 16th, 2015, I caused the foregoing "Declaration of John M. Bowler, Esq. in Support of Plaintiff Play Systems, Inc.'s Motion for Partial Summary Judgment" to be electronically filed via CM/ECF in the U.S. District Court for the N.D. of Georgia, which will cause an electronic copy to be sent to Defendant Velex Corporation through its counsel as follows:

> Robert M. Ward, Esq,
> DILWORTH IP, LLC
> The Pinnacle Building,
> 3455 Peachtree Rd NE, 5th Floor
> Atlanta, Georgia 30326
> rward@dilworthip.com
>
> /s/ John M. Bowler
> John M. Bowler, Esq.

# Exhibit 1

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,834,525**

## United States Patent and Trademark Office

Registered Apr. 20, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## GORILLA PLAYSETS

PLAYNATION PLAY SYSTEMS, INC. (GEORGIA CORPORATION)
1925 SHILOH ROAD, BUILDING #1
KENNESAW, GA 30144

FOR: PLAYGROUND EQUIPMENT CONTRUCTED OF WOOD, PLASTIC, AND ROPE USED FOR SWINGING, SLIDING AND CLIMBING, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-30-2002; IN COMMERCE 1-31-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PLAYSETS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-229,857, FILED 3-25-2003.

TRACY FLETCHER, EXAMINING ATTORNEY

Exhibit 2

Side - 1



## NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
**MAILING DATE: Jan 30, 2010**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**     2834525
**MARK:**               GORILLA PLAYSETS
**OWNER:**             PlayNation Play Systems, Inc.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Daniele E. Bourgeois
TROUTMAN SANDERS LLP
600 Peachtree Street NE
Bank of America Plaza, Suite 5200
ATLANTA, GA   30308-2216

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2834525 |
| **REGISTRATION DATE** | 04/20/2004 |
| **SERIAL NUMBER** | 78229857 |
| **MARK SECTION** | |
| MARK | GORILLA PLAYSETS |
| **OWNER SECTION (current)** | |
| NAME | PlayNation Play Systems, Inc. |
| STREET | 190 Etowah Industrial Court |
| CITY | Canton |
| STATE | Georgia |
| ZIP/POSTAL CODE | 30114 |
| COUNTRY | United States |
| **ATTORNEY SECTION (current)** | |
| NAME | Jeri N. Sute, Esq. |
| FIRM NAME | TROUTMAN SANDERS LLP |
| INTERNAL ADDRESS | 600 PEACHTREE STREET, N.E. |
| STREET | BANK OF AMERICA PLAZA - SUITE 5200 |
| CITY | ATLANTA |
| STATE | Georgia |
| POSTAL CODE | 30308-2216 |
| COUNTRY | United States |
| PHONE | 404-885-3330 |
| FAX | 404-962-6588 |

| EMAIL | trademarks@troutmansanders.com |
|---|---|

### ATTORNEY SECTION (proposed)

| NAME | Daniele E. Bourgeois |
|---|---|
| FIRM NAME | TROUTMAN SANDERS LLP |
| INTERNAL ADDRESS | Bank of America Plaza, Suite 5200 |
| STREET | 600 Peachtree Street NE |
| CITY | ATLANTA |
| STATE | Georgia |
| POSTAL CODE | 30308-2216 |
| COUNTRY | United States |
| PHONE | 404-885-3406 |
| FAX | 404-962-6785 |
| EMAIL | trademarks@troutmansanders.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | 17837.000002 |

### GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 028 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT9\IMAGEOUT9 \782\298\78229857\xml1\81 50002.JPG |
| SPECIMEN DESCRIPTION | product package label |

### PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

### SIGNATURE SECTION

| SIGNATORY FILE NAME(S) | \\TICRS\EXPORT9\IMAGEOUT9 \782\298\78229857\xml1\81 50003.JPG |
|---|---|
| SIGNATORY'S NAME | David Seitz |
| SIGNATORY'S POSITION | Vice President |

| PAYMENT METHOD | CC |
|---|---|
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jan 20 11:53:32 EST 2010 |
| TEAS STAMP | USPTO/S08N15-63.133.205.1<br>-20100120115332601799-283<br>4525-4602ecb7922271fa747f<br>9259bfebb8379ba-CC-9613-2<br>0100120114737355060 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2834525
**REGISTRATION DATE:** 04/20/2004

**MARK:** GORILLA PLAYSETS

The owner, PlayNation Play Systems, Inc., having an address of
    190 Etowah Industrial Court
    Canton, Georgia 30114
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 028, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) product package label.
Specimen File1

The registrant hereby appoints Daniele E. Bourgeois of TROUTMAN SANDERS LLP
    Bank of America Plaza, Suite 5200
    600 Peachtree Street NE
    ATLANTA, Georgia 30308-2216
    United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is 17837.000002.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

Signature
Signatory's Name: David Seitz

Signatory's Position: Vice President

Mailing Address **(current):**
  TROUTMAN SANDERS LLP
  BANK OF AMERICA PLAZA - SUITE 5200
  ATLANTA, Georgia 30308-2216

Mailing Address **(proposed):**
  TROUTMAN SANDERS LLP
  600 Peachtree Street NE
  ATLANTA, Georgia 30308-2216

Serial Number: 78229857
Internet Transmission Date: Wed Jan 20 11:53:32 EST 2010
TEAS Stamp: USPTO/S08N15-63.133.205.1-20100120115332
601799-2834525-4602ecb7922271fa747f9259b
febb8379ba-CC-9613-20100120114737355060

# Blue Ridge - Retreat

Factory finished with an amber sealant that is designed to maintain the wood's beautiful appearance while protecting it from water absorption and sun exposure.

Heavy-duty, one-piece-molded swing belts with reinforced nylon grommets and UV protected to resist fading. Matching powder coated chains which stay cool to the touch and won't fray or rust over time.



Call us toll free M-F 8am - 5pm EST with product and installation questions.

## (800) 882-0272
www.GorillaPlaysets.com

**Suggested Tool:** Impact Gun

## Required Tool List:
- Standard or Cordless Drill with Phillips Bit
- 1/8", 1/4", 3/8", 7/8" Drill Bit
- Vice Grips
- Shovel
- 1/2" Wrench and Socket
- 9/16" Wrench and Socket
- Tape Measure
- Level
- Hammer
- Extension Cord (if using standard drill)



Easy to Assemble

USE CARE WHEN LIFTING

10 Year Warranty



## Kit Includes:
- 1st Level Platform ~ 4' X 6' ~ Height 5'
- 2nd Level Platform ~ 2.5' X 6' ~ Height 7'
- Safe Entry Ladder
- 10' Radical Wave Slide
- Radical Ride Tube Slide
- Heavy Duty Tongue & Groove Wood Roof System
- Roof Accents Include Sunbursts, Dormers, and a Chimney
- Swing Beam Positions ~ 3
- Belt Swings ~ 2
- Trapeze Swing ~ 1
- Glider Swing ~ 1
- 5' Rock Wall With Climbing Rope
- Porch
- Picnic Table
- Telescope
- Tic Tac Toe Panel
- Safety Handles
- Patented One Piece A-Frame Bracket
- Preserved Pine with Timber Shield Coating on Main Beams
- Available in Amber Stained Cunninghamia only

**box** ____ **of** ____

www.GorillaPlaysets.com



**Gorilla Playsets**
190 Etowah Industrial Ct
Canton, GA 30114 · 678-880-3328

# Blue Ridge - Retreat

**APPLICANT NAME:** PlayNation Play Systems, Inc.
**MARK:** GORILLA PLAYSETS

### Declaration

*The owner is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with all goods and/or services as identified above. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: _____    Date: _10/16/09_

David Sene
Vice President

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 2834525

**Serial Number:** 78229857

**RAM Sale Number: 9613**

**RAM Accounting Date: 20100120**

**Total Fees:** $300

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20100120 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20100120 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20100120



# Blue Ridge - Retreat

Factory finished with an amber sealant that is designed to maintain the wood's beautiful appearance while protecting it from water absorption and sun exposure.

Heavy-duty, one-piece-molded swing belts with reinforced nylon grommets and UV protected to resist fading. Matching powder coated chains which stay cool to the touch and won't fray or rust over time



Call us toll free M-F 8am - 5pm EST with product and installation questions.

(800) 882-0272

www.GorillaPlaysets.com

**Suggested Tool:** Impact Gun

**Required Tool List:**
- Standard or Cordless Drill with Phillips Bit
- 1/8", 1/4", 3/8", 7/8" Drill Bit
- Vice Grips
- Shovel
- 1/2" Wrench and Socket
- 9/16" Wrench and Socket
- Tape Measure
- Level
- Hammer
- Extension Cord (if using standard drill)



Easy to Assemble

USE CARE
WHEN LIFTING



10 Year Warranty

## Kit Includes:
- 1st Level Platform ~ 4' X 6' ~ Height 5'
- 2nd Level Platform ~ 2.5' X 6' ~ Height 7'
- Safe Entry Ladder
- 10' Radical Wave Slide
- Radical Ride Tube Slide
- Heavy Duty Tongue & Groove Wood Roof System
- Roof Accents Include Sunbursts, Dormers, and a Chimney
- Swing Beam Positions ~ 3
- Belt Swings ~ 2
- Trapeze Swing ~ 1
- Glider Swing ~ 1
- 5' Rock Wall With Climbing Rope
- Porch
- Picnic Table
- Telescope
- Tic Tac Toe Panel
- Safety Handles
- Patented One Piece A-Frame Bracket
- Preserved Pine with Timber Shield Coating on Main Beams
- Available in Amber Stained Cunninghamia only

**box \_\_\_\_ of \_\_\_\_**

www.GorillaPlaysets.com



8 70780 00880 6

**Gorilla Playsets**
190 Etowah Industrial Ct
Canton, GA 30114 · 678-880-3328

# Blue Ridge - Retreat

**APPLICANT NAME:** PlayNation Play Systems, Inc.
**MARK:** GORILLA PLAYSETS

### Declaration

*The owner is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with all goods and/or services as identified above. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: _____     Date: 10/16/09

David Senz
Vice President

Exhibit 3

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,862,694**

**United States Patent and Trademark Office**    Registered July 13, 2004

### TRADEMARK
### PRINCIPAL REGISTER



PLAYNATION PLAY SYSTEMS, INC. (GEORGIA CORPORATION)
1925 SHILOH ROAD, BUILDING #1
KENNESAW, GA 30144

FOR: PLAYGROUND EQUIPMENT CONSTRUC-TED OF WOOD, PLASTIC, AND ROPE USED FOR SWINGING, SLIDING AND CLIMBING, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-30-2002; IN COMMERCE 1-31-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PLAYSETS, INC.", APART FROM THE MARK AS SHOWN.

SER. NO. 78-229,864, FILED 3-25-2003.

TRACY FLETCHER, EXAMINING ATTORNEY

Exhibit 4

Side - 1



## NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
### MAILING DATE: Jul 14, 2010

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**   **2862694**
**MARK:**   **GORILLA PLAYSETS, INC. AND DESIGN**
**OWNER:**   **PlayNation Play Systems, Inc.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Daniele E. Bourgeois
TROUTMAN SANDERS LLP
600 Peachtree Street NE
Bank of America Plaza, Suite 5200
ATLANTA, GA   30308-2216

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2862694 |
| **REGISTRATION DATE** | 07/13/2004 |
| **SERIAL NUMBER** | 78229864 |
| **MARK SECTION** | |
| **MARK** | GORILLA PLAYSETS, INC. (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| **NAME** | PlayNation Play Systems, Inc. |
| **STREET** | 190 Etowah Industrial Court |
| **CITY** | Canton |
| **STATE** | Georgia |
| **ZIP/POSTAL CODE** | 30114 |
| **COUNTRY** | United States |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Jeri N. Sute, |
| **FIRM NAME** | TROUTMAN SANDERS LLP |
| **INTERNAL ADDRESS** | 600 PEACHTREE STREET, N.E. |
| **STREET** | BANK OF AMERICA PLAZA - SUITE 5200 |
| **CITY** | ATLANTA |
| **STATE** | Georgia |
| **POSTAL CODE** | 30308-2216 |
| **COUNTRY** | United States |
| **PHONE** | 404-885-3330 |
| **FAX** | |

| FAX | 404-962-6588 |
|---|---|
| EMAIL | trademarks@troutmansanders.com |

## ATTORNEY SECTION (proposed)

| NAME | Daniele E. Bourgeois |
|---|---|
| FIRM NAME | TROUTMAN SANDERS LLP |
| INTERNAL ADDRESS | Bank of America Plaza, Suite 5200 |
| STREET | 600 Peachtree Street NE |
| CITY | ATLANTA |
| STATE | Georgia |
| POSTAL CODE | 30308-2216 |
| COUNTRY | United States |
| PHONE | 404-885-3406 |
| FAX | 404-962-6785 |
| EMAIL | trademarks@troutmansanders.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | 17837.000002 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 028 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT10\IMAGEOUT 10\782\298\78229864\xml1\ 8150002.JPG |
| SPECIMEN DESCRIPTION | product packaging label |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

## SIGNATURE SECTION

| SIGNATORY FILE NAME(S) | \\TICRS\EXPORT10\IMAGEOUT 10\782\298\78229864\xml1\ 8150003.JPG |
|---|---|
| SIGNATORY'S NAME | David Seitz |

| | |
|---|---|
| **SIGNATORY'S POSITION** | Vice President |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Jun 23 11:17:39 EDT 2010 |
| **TEAS STAMP** | USPTO/S08N15-63.133.205.1 -20100623111739275058-286 2694-460407a05e422d6d84d1 2748692523730-CC-8733-201 00623105814435842 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2862694
**REGISTRATION DATE:** 07/13/2004

**MARK:** GORILLA PLAYSETS, INC. (stylized and/or with design)

The owner, PlayNation Play Systems, Inc., having an address of
  190 Etowah Industrial Court
  Canton, Georgia 30114
  United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 028, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) product packaging label.
Specimen File1

The registrant hereby appoints Daniele E. Bourgeois of  TROUTMAN SANDERS LLP
  Bank of America Plaza, Suite 5200
  600 Peachtree Street NE
  ATLANTA, Georgia 30308-2216
   United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the registrant.  The attorney docket/reference number is 17837.000002.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

Signature
Signatory's Name: David Seitz

Signatory's Position: Vice President

Mailing Address **(current):**
  TROUTMAN SANDERS LLP
  BANK OF AMERICA PLAZA - SUITE 5200
  ATLANTA, Georgia 30308-2216

Mailing Address **(proposed):**
  TROUTMAN SANDERS LLP
  600 Peachtree Street NE
  ATLANTA, Georgia 30308-2216

Serial Number: 78229864
Internet Transmission Date: Wed Jun 23 11:17:39 EDT 2010
TEAS Stamp: USPTO/S08N15-63.133.205.1-20100623111739
275058-2862694-460407a05e422d6d84d127486
92523730-CC-8733-20100623105814435842

# Sun Valley I & II

10 Year Warranty

Kids love to play on Gorilla brand products. The Original Swingset In A Box.™ Our swing sets boasts quality craftsmanship made from the finest materials available. Our unbeatable value makes Gorilla Playsets a top choice for any family. All swing sets are factory finished with a superior grade sealant that is designed to maintain the wood's beautiful appearance while protecting it from water absorption and sun exposure.

## Kit Includes:

- Pre-cut, Ready to Assemble Lumber
- Heavy duty vinyl canopy
- Choice grade, factory stained wood that is resistant to rot, decay, and insect damage
- 6'x 4' Platform
- 5' Platform Height
- Sturdy 4"x4" & 4"X6" main beams
- Patented one piece A-frame bracket
- 3 position swing beam
- 2 Belt swings, 1 Trapeze bar
- 1 Turbo tire swing and swivel with Plastisol coated chains

- Iron ductile swing hangers bolted through swing beam
- Extreme Wave Slide
- Step ladder and climbing rung ladder combo
- Deluxe rope ladder with flat steps
- Climbing rock wall with rope
- Tic-Tac-Toe spinner panel
- Steering wheel
- Telescope
- Flag kit
- Safety handles
- Monkey bars with heavy duty metal rungs (only available on Sun Valley II)






gorilla®
PLAYSETS

190 Etowah Industrial Ct
Canton, GA 30114  678-880-3328

Call us toll free M-F 8am - 5pm EST
with product & installation questions

800-882-0272

www.GorillaPlaysets.com

box _____ of _____

8 70780 00132 6

08/21/2010 20:17 6788803386 PLAYNATION PAGE 03/03

**APPLICANT NAME:** PlayNation Play Systems, Inc.
**MARK:** GORILLA PLAYSETS, INC. & Design

### Declaration

*The owner is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with all goods and/or services as identified above. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: _____     Date: 6/22/10
David Seith
Vice President

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2862694

**Serial Number:**   78229864

**RAM Sale Number:  8733**

**RAM Accounting Date:  20100623**

**Total Fees:**      $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20100623 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20100623 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20100623



# Sun Valley I & II




Kids love to play on Gorilla brand products - The Original Swingset In A Box.™ Our swing sets boasts quality craftsmanship made from the finest materials available. Our unbeatable value makes Gorilla Playsets a top choice for any family. All swing sets are factory finished with a superior grade sealant that is designed to maintain the wood's beautiful appearance while protecting it from water absorption and sun exposure.

## Kit Includes:

- Pre-cut, Ready to Assemble Lumber
- Heavy duty vinyl canopy
- Choice grade, factory stained wood that is resistant to rot, decay, and insect damage
- 6'x 4' Platform
- 5' Platform Height
- Sturdy 4"x4" & 4"X6" main beams
- Patented one piece A-frame bracket
- 3 position swing beam
- 2 Belt swings, 1 Trapeze bar
- 1 Turbo tire swing and swivel with Plastisol coated chains

- Iron ductile swing hangers bolted through swing beam
- Extreme Wave Slide
- Step ladder and climbing rung ladder combo
- Deluxe rope ladder with flat steps
- Climbing rock wall with rope
- Tic-Tac-Toe spinner panel
- Steering wheel
- Telescope
- Flag kit
- Safety handles
- Monkey bars with heavy duty metal rungs (only available on Sun Valley II)



**gorilla**®
190 Etowah Industrial Ct
Canton, GA 30114  678-880-3328

Call us toll free M-F 8am - 5pm EST
with product & installation questions

**www.GorillaPlaysets.com**
**800-882-0272**

**box** _____ **of** _____

8 70780 00132 6

06/21/2010  20:17  6788803306                    PLAYNATION                        PAGE  03/03

**APPLICANT NAME:** PlayNation Play Systems, Inc.
**MARK:** GORILLA PLAYSETS, INC. & Design

### Declaration

*The owner is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with all goods and/or services as identified above. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: _____         Date: _6/22/10_____
          David Seit
          Vice President

Exhibit 5

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,596,310**

**Registered Sep. 2, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

PLAYNATION PLAY SYSTEMS, INC. (GEORGIA CORPORATION)
190 ETOWAH INDUSTRIAL COURT
CANTON, GA 30114

FOR: KITS FOR BUILDING OUTDOOR PLAY EQUIPMENT; PLAYGROUND EQUIPMENT, NAMELY, SWING SETS, SLIDES, CLIMBING UNITS, SWINGS, SEE SAWS, PUNCHING BAGS, PUNCHING BALLS, PLAY TELESCOPES, AND RIDEABLE TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-13-2013; IN COMMERCE 3-1-2013.

OWNER OF U.S. REG. NOS. 2,834,525 AND 2,862,694.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PLAYSETS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "GORILLA PLAYSETS" NEXT TO A PICTURE OF A GORILLA.

SER. NO. 86-160,726, FILED 1-8-2014.

KIM MONINGHOFF, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Exhibit 6



# gorillaplaysets.com is

## Reserved

**New domains suffixes have just been approved. Click here to pre-register names like gorillaplaysets.web, gorillaplaysets.inc, gorillaplaysets.law and more**

**Domain options / additional information:** *(Click below to expand)*
 **+ if you own this domain...**
 **+ if you are trying to register/buy this domain...**
 **+ if you are researching this domain...**

**Home page**
**Link-to-Us**
**Contact Us**

**Domain Registrars**

Cyberegistro.com
Cypack.com
Deutsche Telekom, AG
Directl.com
DirectNIC
Dodora Unified Comm., Inc.
Domain Bank, Inc.
DomainCA.com
DomainCity
Domaindiscount24.com
DomainDiscover
Domaininfo.com
DomainName, Inc.
DomainPeople, Inc.
DomainProcessor.com
Domain Reg Services, Inc.
DomainRegistry.com, Inc.

Domain Name: GORILLAPLAYSETS.COM
Registry Domain ID: 51440659_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2014-12-11T02:01:00.00Z
Creation Date: 2001-01-09T21:58:02.00Z
Registrar Registration Expiration Date: 2016-01-09T21:58:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
Domain Status: ok
Registry Registrant ID:
Registrant Name: PLAY NATION
Registrant Organization: PLAYNATION
Registrant Street: 190ETOWAHINDUSTRIALCT
Registrant City: CANTON
Registrant State/Province: GA
Registrant Postal Code: 30114
Registrant Country: US
Registrant Phone: +1.7707049300
Registrant Phone Ext:
Registrant Fax: 111
Registrant Fax Ext:
Registrant Email: PLAYSET@PLAYSET.COM
Registry Admin ID:
Admin Name: PLAY NATION
Admin Organization: PLAYNATION
Admin Street: 190ETOWAHINDUSTRIALCT
Admin City: CANTON
Admin State/Province: GA
Admin Postal Code: 30114
Admin Country: US
Admin Phone: +1.7707049300
Admin Phone Ext:
Admin Fax: 111
Admin Fax Ext:
Admin Email: PLAYSET@PLAYSET.COM
Registry Tech ID:
Tech Name: PLAY NATION
Tech Organization: PLAYNATION
Tech Street: 190ETOWAHINDUSTRIALCT
Tech City: CANTON
Tech State/Province: GA
Tech Postal Code: 30114
Tech Country: US
Tech Phone: +1.7707049300
Tech Phone Ext:

Tech Fax: 111
Tech Fax Ext:
Tech Email: PLAYSET@PLAYSET.COM
Name Server: NS3.VOLUSION.COM
Name Server: NS4.VOLUSION.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-12-11T02:01:00.00Z

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Get Noticed on the Internet!  Increase visibility for this domain name by listing it at www.whoisbusinesslistings.com



Searches shared database registry and queries appropriate registrar.

Exhibit 7



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts



# Corporations Division

## Business Entity Summary

**I D Number: 454839979**            Request certificate      New search

**Summary for:  VELEX CORPORATION**

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:**   VELEX CORPORATION | |

**Entity type:**   Domestic Profit Corporation

**Identification Number:** 454839979

**Date of Organization in Massachusetts:**
06-11-2012

**Last date certain:**

**Current Fiscal Month/ Day:**12/31

**The location of the Principal Office:**

Address:  1151 MASSACHUSETTS AVE

City or town, State, Zip code,        CAMBRIDGE,   MA   02138   USA
Country:

**The name and address of the Registered Agent:**

Name:    KIRIL ALEXANDROV

Address:  1151 MASSACHUSETTS AVE

City or town, State, Zip code,        CAMBRIDGE,   MA   02138   USA
Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | PETER HRISTOV VELIKIN | 356 MARLBOROUGH STREET APT. 4 BOSTON, MA 02115 USA |
| TREASURER | KIRIL STEFAN ALEXANDROV | 516 GREEN STREET APT. 1C CAMBRIDGE, MA 02139 USA |
| SECRETARY | PETER HRISTOV VELIKIN | 356 MARLBOROUGH STREET APT. 4 BOSTON, MA 02115 USA |
| DIRECTOR | KIRIL STEFAN ALEXANDROV | 516 GREEN STREET APT. 1C CAMBRIDGE, MA 02139 USA |

**Business entity stock is publicly traded:**    ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
| --- | --- | --- | --- | --- |
| | | No. of shares | Total par value | No. of shares |
| STK | $ 0.00 | 10 | $ 0.00 | 10 |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender
```

Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and    [View filings]
Articles of Consolidation - Domestic and Unregistered Foreign
Articles of Correction

**View filings associated with this business entity:**

```
Articles of Domestication
Articles of Entity Conversion
Articles of Merger - Domestic and Domestic
Articles of Merger - Domestic and Unregistered Foreign
Articles of Merger - Foreign and Domestic
```

Articles of Merger of Parent and Subsidiary Corporations
Articles of Merger of Trust and Corporation    [New search]
Articles of Organization
Articles of Share Exchange
Articles of Voluntary Dissolution
Articles of Voluntary Dissolution of Corporation Which Hasn't Issed Shares/Hasn't Commenced Business
Certificate of Appointment of Resident Agent
Certificate of Change of Address of Resident Agent
Certificate of Change of Directors or Officers
Certificate of Change of Directors or Officers (Resignation)
Certificate of Change of Fiscal Year End
Certificate of Change of Principal Office
Certificate of Correction
Certificate of Resignation of Resident Agent
Certificate of Revocation of Appointment of Resident Agent
Certificate of Vote of Directors Establishing a Class or Series of Stock
Dissolution by Court Order or by the SOC
Issue of Capital Stock
Reinstatement Following Administrative Dissolution
Restated Articles of Organization
Revocation of Dissolution
Statement of Appointment of Registered Agent
Statement of Change of Registered Agent/Registered Office
Statement of Change of Registered Office Address by Registered Agent
Statement of Change of Supplemental Information
Statement of Resignation of Registered Agent

Exhibit 8

# United States of America

## United States Patent and Trademark Office

# Gorilla Gym

**Reg. No. 4,463,558**

**Registered Jan. 7, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

VELEX CORPORATION (MASSACHUSETTS CORPORATION)
VELEX CORPORATION
1151 MASS AVE.
CAMBRIDGE, MA 02138

FOR: EXERCISE DOORWAY GYM BARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-17-2012; IN COMMERCE 11-21-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GYM", APART FROM THE
MARK AS SHOWN.

SN 85-691,953, FILED 7-31-2012.

KARANENDRA S. CHHINA, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Exhibit 9

Whois Lookup | Domain Availability - Registration Information



United States - English    USD

24/7 Support **(480) 505-8877**    Sign In  Register    Cart is empty

**All Products**   **Domains**   **Websites**   **Hosting & SSL**   **Get Found**   **Email & Tools**   **Support**

WHOIS search results for:
**GORILLA-GYM.COM**
(Registered)

Domain Name: GORILLA-GYM.COM
Registry Domain ID: 1734429717_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-02 21:48:26
Creation Date: 2012-07-17 22:46:10
Registrar Registration Expiration Date: 2023-07-17 22:46:10
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Kiril Alexandrov
Registrant Organization: Velex Corporation
Registrant Street: 1151 Massachusetts Avenue
Registrant City: Cambridge
Registrant State/Province: Massachusetts
Registrant Postal Code: 02138
Registrant Country: United States
Registrant Phone: (617) 461-4155
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: kiril@velex.us
Registry Admin ID:
Admin Name: Kiril Alexandrov
Admin Organization: Velex Corporation
Admin Street: 1151 Massachusetts Avenue
Admin City: Cambridge
Admin State/Province: Massachusetts
Admin Postal Code: 02138
Admin Country: United States
Admin Phone: (617) 461-4155
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: kiril@velex.us
Registry Tech ID:
Tech Name: Kiril Alexandrov
Tech Organization: Velex Corporation
Tech Street: 1151 Massachusetts Avenue
Tech City: Cambridge
Tech State/Province: Massachusetts
Tech Postal Code: 02138
Tech Country: United States
Tech Phone: (617) 461-4155
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: kiril@velex.us
Name Server: NS39.DOMAINCONTROL.COM
Name Server: NS40.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-7-14T18:00:00Z

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any

## Domain already taken?

Is this your
domain?    GO
Add hosting, email and more.

Want to buy
this domain?    GO
Get it with our Domain Buy service.

| Enter Domain Name | .com ▼ | Search |
| --- | --- | --- |

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand and enable you to
capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration**

| Alternate TLDs | | |
| --- | --- | --- |
| ☐ gorilla-gym.**us** | SAVE! | $4.99/yr |
| ☐ gorilla-gym.**biz** | SAVE! | $7.99*/yr |
| ☐ gorilla-gym.**mobi** | SAVE! | $9.99*/yr |
| ☐ gorilla-gym.**ca** | | $12.99/yr |
| ☐ gorilla-gym.**me** | SAVE! | $9.99/yr |
| ☐ gorilla-gym.**ws** | SAVE! | $9.99/yr |
| ☐ gorilla-gym.**tv** | | $39.99/yr |
| ☐ gorilla-gym.**cc** | | $19.99/yr |
| **Similar Premium Domains** ? | | |
| ☐ GymPictures.com | | $999.00* |
| ☐ GymPrograms.com | | $999.00* |
| ☐ GymLayout.com | | $949.00* |
| ☐ GymnasiumsUpPly.com | | $1,988.00* |
| ☐ GymnasiumFitness.com | | $888.00* |
| ☐ HomeGymnasium.com | | $2,388.00* |

ADD TO CART

**Domains available at Go Daddy Auctions©:**

| | |
| --- | --- |
| ☐ gorillalugnuts.com<br>Ends on: 10/8/2014 10:53:00 AM PDT | $499.00* |
| ☐ gorillashelf.com<br>Ends on: 10/3/2014 12:02:00 PM PDT | $1,449.00* |
| ☐ gorillasounds.com<br>Ends on: 9/28/2014 11:45:00 AM PDT | $649.00* |
| ☐ mountain-gorilla.com<br>Ends on: 9/23/2014 9:16:00 AM PDT | $499.00* |
| ☐ gorillamarketinggroup.com<br>Ends on: 9/20/2014 9:43:00 AM PDT | $2,588.00* |
| ☐ gorillacompany.com<br>Ends on: 9/20/2014 9:03:00 AM PDT | $2,088.00* |

VIEW LISTING

**Learn more about**

Private Registration  ?      Deluxe Registration  ?

Business Registration  ?      Protected Registration  ?

purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

See Underlying Registry Data
Report Invalid Whois

Search for another domain name in the **WHOIS** database

Enter a domain name to search                    .com          Search

## NEED HELP? Call our award-winning support team 24/7 at (480) 505-8877

**About GoDaddy**
About Us
Contact Us
News Releases
Careers
Corporate Responsibility
GoDaddy Store
Legal
Blake's Blog

**Support**
Product Support
Site Suggestions
Report Abuse

**Resources**
Webmail
WHOIS Search
ICANN Confirmation
Affiliates
Small Business Center
Site Map

**My Account**
My Account
My Renewals
Create Account

**Shopping**
Product Catalog
Find a Domain
Deals of the Day

Sign up for special offers:

Email Address          Submit

**United States** - English          **USD**                    Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to
be bound by these Universal Terms of Service.Legal    Privacy Policy

Copyright © 1999 - 2014 GoDaddy Operating Company, LLC. All Rights Reserved.

