# Exhibit 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PlayNation Play Systems, Inc. d/b/a GORILLA PLAYSETS, <br><br> Plaintiff, <br><br> v. <br><br> Velex Corporation d/b/a GORILLA GYM, <br><br> Defendant. | Civil Action File No. <br><br> 1:14-CV-01046-RWS |

## DECLARATION OF HARRILEE CHESHIRE

I, Harrilee Cheshire, hereby declare as follows:

1. I am a paralegal with Troutman Sanders LLP, counsel to Plaintiff PlayNation Play Systems, Inc. d/b/a GORILLA PLAYSETS ("Plaintiff"). I submit this Declaration to provide certain documents and information in support of Plaintiff PlayNation Play Systems, Inc.'s Motion for Partial Summary Judgment filed contemporaneously herewith.

2. On November 13, 2014 I placed an online order for a Velex Corporation (d/b/a/ Gorilla Gym) Indoor Toddler Swing including the swing and

1

Gorilla Gym "core unit", via eBay.com. Attached as <u>Exhibit A</u> to this Declaration is a true and correct copy of the order confirmation and receipt that I received via e-mail following the purchase.

3. The purchase price for the Toddler Swing and Gorilla Gym "core unit", Item No. 301357537450, was $89.95. Shipping & Handling cost an additional $19.46. The total amount charged to the credit card used to make the purchase was $109.41. *See* Exh. A.

4. Attached as <u>Exhibit B</u> to this Declaration is a true and correct copy of the eBay.com listing for the Gorilla Gym Indoor Toddler Swing and "core unit" that I used to purchase the item identified in Exhibit A.

5. On December 16, 2014, I received a shipment including the items identified in Exhibits A and B. Attached as <u>Exhibit C</u> to this Declaration are true and correct photographs of the following:

  a. The box containing the Toddler Swing and "core unit" products as they were delivered;

  b. the shipping label on the box identifying myself as the recipient and "GORILLA GYM" as the sender, with a return address of 1151 Massachusetts Ave., Cambridge, MA 02138; and

    c. the Toddler Swing and "core unit" contained therein.

6.    Attached as <u>Exhibit D</u> to this Declaration is a true and correct copy of the packing slip contained within the box shown in Exhibit C. The packing slip indicates that the seller of the Toddler Swing and Gorilla Gym "core unit", Item No. 301357537450, is Velex (Mr. Peter Velikin).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2015

*Harrilee Cheshire*
Harrilee Cheshire

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| PlayNation Play Systems, Inc. d/b/a GORILLA PLAYSETS, | |
| Plaintiff, | Civil Action File No. |
| v. | 1:14-CV-01046-RWS |
| Velex Corporation d/b/a GORILLA GYM, | |
| Defendant. | |

### Certificate of Service

I hereby certify that on January 16, 2015, I caused the foregoing document to be electronically filed via CM/ECF in the United States District Court for the Northern District of Georgia, which will cause an electronic copy to be sent to Defendant Velex Corporation through its counsel as follows:

>Robert M. Ward, Esq,
>DILWORTH IP, LLC
>The Pinnacle Building,
>3455 Peachtree Rd NE, 5th Floor
>Atlanta, Georgia 30326
>rward@dilworthip.com

>/s/ John M. Bowler
>John M. Bowler, Esq.

4

# Exhibit A

| | |
|---|---|
| **From:** | harrilee cheshire [hcheshire1@gmail.com] |
| **Sent:** | Thursday, November 13, 2014 4:12 PM |
| **To:** | Cheshire, Harrilee |
| **Subject:** | Fwd: Receipt for your payment to Velex Corporation dba Gorilla Gym |

---------- Forwarded message ----------
From: **service@paypal.com** <service@paypal.com>
Date: Thu, Nov 13, 2014 at 4:09 PM
Subject: Receipt for your payment to Velex Corporation dba Gorilla Gym
To: harrilee cheshire <hcheshire1@gmail.com>



Nov 13, 2014 13:08:28 PST
Receipt No: 2504-0776-9788-6831

**Hello harrilee cheshire,**

This email confirms that you have paid Velex Corporation dba Gorilla Gym (service@gorilla-gym.com) $109.41 USD using PayPal.

This credit card transaction will appear on your bill as "PAYPAL *GORILLA GYM".

Now that you've completed your payment, sign up for a free PayPal account by clicking Sign Up Now below. You'll be able to check out faster next time and track your payment history for all of the items you purchase on eBay.

Sign Up Now!

| Sign Up for a Free PayPal Account |
|---|
| 100% protection for buyers against unauthorized account use |
| Your financial information is never shared when you send a payment |
| Free for buyers |

**Payment Details**

Purchased From: Velex Corporation dba Gorilla Gym
Receipt ID: 2504-0776-9788-6831

| Item # | Item Title | Quantity | Price | Subtotal |
|---|---|---|---|---|
| 301357537450 | Gorilla Gym Indoor Toddler Swing: hangs from your doorway! | 1 | $89.95 USD | $89.95 USD |

1

|  |  |
|---|---|
| Shipping & Handling: <br> (includes any seller handling fees) | $19.46 USD |
| Shipping Insurance (not offered): | -- |
| Total: | $109.41 USD |

This charge will appear on your credit card statement as "PAYPAL *GORILLA GYM".

Payment sent to kiril@gorilla-gym.com

## Business information

| Business: | Velex Corporation dba Gorilla Gym |
| Contact E-Mail: | Service@Gorilla-Gym.com |

## Shipping Information

| Shipping Info: | harrilee cheshire <br> 51 park circle <br> Atlanta, GA 30305 <br> United States |
| Address status: | Confirmed |

Receipt Number: 2504-0776-9788-6831

If you have been unable to resolve your questions with the merchant, PayPal offers a free buyer complaint resolution service that offers a quick, easy resolution to your concerns. It covers physical goods purchases made through PayPal, and is offered at no charge when you register for a free PayPal account. To sign up for an account, click on the 'Sign Up Now!' link above.

Keep your receipt number (shown above) for future reference. You will need to refer to this number if you need customer service from Velex Corporation dba Gorilla Gym or from PayPal.

If you have questions about the shipping and tracking of your purchased item or service, please contact the seller service@gorilla-gym.com.

Sincerely,
PayPal

Please do not reply to this email. Email sent to this address cannot be answered.

PayPal Email ID PP847 - 1c42191c12667

# Exhibit B



**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing ... Read more | Brand: | Gorilla Gym |
| Recommended Age Range: | 3-12 | Gender: | Boys & Girls |

### Gorilla Gym Children's Indoor Toddler Swing

Includes Gorilla Gym (support frame) and the blue toddler swing
This package contains everything you need to swing indoors
Patented design: installs in seconds on any standard doorway (24"-36" wide)
No drilling, no holes, no bolts
Sturdy steel frame construction, plastic & rope swing design (Safety certification: ASTM F1148)



**Gorilla Gym makes it fast, easy, and affordable to swing in your own home!**
Now you can bring joy into your child's day - every day! The Gorilla Gym child swings bring the fun of the pla

**No Drilling or Bolts. Patented design safe enough to support up to 300lbs.**
Gorilla Gym attaches to your door without drilling or bolts. The frame's cantilevered design distributes the we doorway, while our patented Vise Grips adjust to fit your door frame and add another level of security. The G support up to 300 pounds, so your child can safely swing to her heart's content (the Toddler Swing attachme

**Gorilla Gym installs in seconds and is just as easy to remove!**
It's lightweight, portable, and easy to store. The core is made of strong, lightweight metal that won't bend or attachment is easily removable and can be replaced with other attachments for the rest of your family!

**Designed to minimize indoor noise**
Our swings are easy to use, form-fitting, and made with heavy gauge rope to minimize indoor noise. Your children can swing anytime without any noise, hassle, or traveling!



**Perfect for rainy days and long winters**
Never worry again about leaving your child unattended in the yard or a playground.

**ASTM Safety Tested and Certified**
Gorilla Gym provides top notch safety for your loved ones. These swings are designed to sustain swinging motion while putting very little strain is put on your walls or door frame when used with Gorilla Gym. The Gorilla Gym swings have been tested and certified according to the ASTM International Standards for home playground equipment.

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

**Browse Related**

    

Toddler Swing | Gorilla Swin... | Indoor Kids... | Toddler Outd... | Little Tikes T...





Back to home page                                                                                           Return to top

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time
Preview new features    Contact us    Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.

# Exhibit C

**GORILLA GYM**

617-444-9438
GORILLA GYM
1151 MASSACHUSETTS AVE
CAMBRIDGE MA 02138

SHIP TO:
HARRILEE CHESHIRE
5? PARK CIRCLE
ATLANTA GA 30305-2741



GA 303 9-02

**UPS GROUND**
TRACKING #: 1Z E5F 711 03 9373 8802



BILLING: P/P



# Exhibit D



# Packing Slip
This is not an invoice

## Ship to

harrilee cheshire
51 park circle
Atlanta, GA 30305
United States

## Ship from

Peter Velikin
1151 Massachusetts Ave
58 Plympton Street
Cambridge, MA 02138
United States

### Message to harri_chesh

Thanks for your purchase! We look forward to doing business with you again on eBay.

| Item | | |
|---|---|---|
| Gorilla Gym Indoor Toddler Swing: hangs from your doorway! (301357537450) | Price: $89.95, Qty: 1 | $89.95 |
| | Subtotal: | $89.95 |
| | Shipping and handling: | $19.46 |
| | Total: | $109.41 |