## MARC B. HERSHOVITZ, P.C.

ATTORNEY AT LAW

ONE ALLIANCE CENTER
4TH FLOOR
3500 LENOX ROAD
ATLANTA, GEORGIA 30326

(404) 262-1425
(404) 262-1474 FAX

WWW.HERSHOVITZ.COM
MARC@HERSHOVITZ.COM

February 20, 2015

*Via ECF*

Mr. Rick Goss
Courtroom Deputy for Judge Richard W. Story
United States District Court
2121 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303-3309

    RE:  *PlayNation Play Systems, Inc. v. Velex Corporation*
           Case No. 1:14-CV-01046-RWS

Dear Mr. Goss:

    In accordance with Local Rule 83.1(E)(3), I hereby notify the Court that I will be on leave and away from the practice of law from April 14 through April 21, 2015, for a family vacation and to attend a relative's wedding. I respectfully request that the above-referenced case not be calendared during the period of my absence.

                                        Sincerely,

                                        Marc B. Hershovitz

MBH/cll
cc: John Bowler, Esq.
     Robert Ward, Esq.